IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARCUS WATSON,**<br><br>Plaintiff,<br><br>v.<br><br>**QUALITY BUICK GMC CADILLAC, INC.,**<br><br>Defendant. | Case No. 23-cv-3459-njr<br><br>CJRA Track:  B<br><br>Final Pretrial Conference:<br>March 13, 2025 at 1:30 PM<br><br>Presumptive Jury Trial Month:<br>April 2025 |

# ORDER ADOPTING JOINT REPORT AND PROPOSED SCHEDULING AND DISCOVERY ORDER

**ROSENSTENGEL, Chief Judge:**

Having reviewed the attached Joint Report of the Parties and finding that the parties have complied with the requirements of Federal Rule of Civil Procedure 26(f) and Southern District of Illinois Local Rule 16.2(a), the Court hereby approves and enters the same.

Depositions upon oral examination, interrogatories, requests for documents, and answers and responses thereto shall not be filed unless on order of the Court. Disclosures or discovery under Federal Rule of Civil Procedure 26(a) are to be filed with the Court only to the extent required by the final pretrial order, other Court order, or if a dispute arises over the disclosure or discovery and the matter has been set for briefing.

The parties should note that they may, pursuant to Federal Rule of Civil Procedure

29, modify discovery dates set in the Joint Report by written stipulation, except that they may not modify a date if such modification would impact (1) the date of any court appearance, (2) the deadline for completing the mandatory mediation session or the mandatory mediation process (if applicable), (3) the deadline for completing all discovery, or (4) the deadline for filing dispositive motions.

**IT IS SO ORDERED.**

**DATED:  March 6, 2024**

>   **s/ Nancy J. Rosenstengel**
>   **NANCY J. ROSENSTENGEL**
>   **Chief U.S. District Judge**