IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARCUS WATSON,** | **CIVIL NO.** 3:23-cv-03459-NJR |
| **Plaintiff,** | **CJRA TRACK:** B |
| vs | **PRESUMPTIVE TRIAL MONTH:** April 2025 |
| **QUALITY BUICK GMC CADILLAC, INC.,** | **JUDGE:** Nancy J. Rosenstengel |
| **Defendant.** | |

**JOINT REPORT OF PARTIES
AND PROPOSED SCHEDULING AND DISCOVERY ORDER**

Pursuant to Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), an initial conference of the parties was held on February 21, 2024 with attorneys and/or unrepresented parties Alexander Taylor on behalf of the plaintiff and Thomas E. Berry, Jr. on behalf of the defendant participating.

Initially, the parties jointly propose to revise the presumptive jury trial month from February 2025 to April 2025. The proposed scheduling and discovery deadlines outlined in this Joint Report are based on a presumptive trial month of April 2025.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34 shall be served on opposing parties by March 21, 2024.

2. Plaintiff's deposition shall be taken by July 1, 2024.

3. Defendant's deposition shall be taken by July 31, 2024.

4. Motions to amend the pleadings, including the commencement of a third party action, shall be filed by May 21, 2024 (which date shall be no later than **90 days** following the Scheduling and Discovery conference).

*Rev 12/19*

5. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:
Plaintiff's expert(s): August 30, 2024.
Defendant's expert(s): September 30, 2024.
Third Party expert(s): Not applicable.

6. Depositions of expert witnesses must be taken by:
Plaintiff's expert(s): September 26, 2024.
Defendant's expert(s): October 31, 2024.
Third Party expert(s): Not applicable.

7. The parties **CERTIFY** that they have discussed, in particular, the proportionality of discovery, the burden and expense associated with discovery, and the discovery of electronically stored information (ESI). The parties ☐ do ☒ do not anticipate a need for an ESI protocol. The parties shall submit to the Court any joint proposed ESI protocol no later than Not applicable. (The protocol shall contain mechanisms for addressing necessary topics concerning ESI to include sources of information, search terms, format of production and preservation of ESI by both Plaintiff(s) and Defendant(s)).

8. **Discovery** shall be completed by November 29, 2024 (which date shall be no later than **115 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

9. All **dispositive motions** shall be filed by December 31, 2024 (which date shall be no later than **100 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Dispositive motions filed after this date will not be considered by the Court.

10. The parties are reminded that, prior to filing any motions concerning discovery, they must first meet and confer relating to any discovery disputes and then contact the Court to arrange a telephone discovery dispute conference if they are unable to resolve their dispute. If the dispute cannot then be resolved in the first telephonic conference, the Court will establish, with the input of the parties, the mechanism for submitting written positions to the Court on an expedited basis.

*Rev 12/19*

DATED:  February 21, 2024

Alexander J. Taylor  (w/consent)
Attorney(s) for Plaintiff(s)

Thomas E. Berry, Jr.  (w/consent)
Attorney(s) for Defendant(s)

*Rev 12/19*