**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

MARCUS WATSON,

        **Plaintiff,**

v.

QUALITY BUICK GMC
CADILLAC, INC.,

        **Defendant.**

Case No. 3:23-CV-3459-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of March 20, 2025 (Doc. 38), noting settlement between the parties, and the Joint Stipulation of Dismissal with Prejudice filed on May 15, 2025 (Doc. 39), this entire action is **DISMISSED with prejudice** with each party to bear its own costs.

        **DATED:   May 16, 2025**

        **MONICA A. STUMP,
Clerk of Court**

        By:   s/ *Deana Brinkley*
            **Deputy Clerk**

**APPROVED:** _____
**NANCY J. ROSENSTENGEL
Chief U.S. District Judge**